IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRUCE REED,
    Plaintiff,

vs.                            Case No. 5:04cv422/LAC/EMT

CAPTAIN JAMES BARNES, et al.,
    Defendants.

---

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 27, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

Having considered the report and recommendation, and objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is **DISMISSED** for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of June, 2005.

                                          s/_L.A. Collier_
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**